

P.O. Box 440609 Kennesaw, GA 30160

**Contact Information**

 carmaxautofinance.com

 (800) 925-3612
Mon-Fri 8am-10pm, Sat 9am-6pm EST

DAVID RAWLINGS
PO BOX 566
HATTIESBURG, MS  39403

July 2, 2025

RE:     **Notice of Satisfaction**
Retail Installment Contract Dated: 05/11/18
2015 DODGE CHALLENGER - VIN: 2C3CDZAG2FH759047
Account No. XXXX7074
Customer Name: TERRY L HATHORN
Bankruptcy Case No. 21-50734

Dear DAVID RAWLINGS,

This communication confirms that the claim for the above-referenced bankruptcy case is paid in full and satisfied. Please discontinue providing further disbursements on this claim.

Sincerely,
   /s/Amber Vernon
CarMax Auto Finance
Bankruptcy Department