**Fill in this information to identify the case:**

Debtor 1    Terry Lee Hathorn

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern    _ District of __Mississippi__
                                                                    (State)

Case number   21-50734

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:   Vanderbilt Mortgage and Finance, Inc.          Court claim no. (if known):  4

Last 4 digits of any number you use to
identify the debtor's account:               7  0  1  0

**Date of payment change:**
Must be at least 21 days after date of
this notice                                    5  /1  /2026

**New total payment:**
Principal, interest, and escrow, if any        $ 619.81
*For HELOC payment amounts, see Part 3*

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____

   Current escrow payment:  $ 182.25          New escrow payment:   $ 171.39

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:          _____%          New interest rate:          _____%

   Current principal and interest payment: $ _____          New principal and interest payment:  $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☑ No
   ☐ Yes.
            Current HELOC payment:        $_____

            Reconciliation amount:        + $_____ or
                                          - $_____

Debtor 1 __Terry Lee Hathorn_____   Case number *(if known)* __21-50734_____
　　　　　First Name　　　Middle Name　　　Last Name

Amount of next payment (including reconciliation amount)　　　　　$_____

Amount of the new payment thereafter (without reconciliation amount)　　$_____

## Part 4:　Other Payment Change

4.　**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:　_____

Current mortgage payment: $ _____　　　New mortgage payment:  $ _____

## Part 5:　Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __*Kyle Wright*_____   Date __3__ / __19__  __2026__
　　Signature

Print:　__Kyle_____　__G_____　__Wright_____　　Title　__Bankruptcy Specialist_____
　　　　First Name　　　Middle Name　　　Last Name

Company　__Vanderbilt Mortgage and Finance, Inc._____

Address　__500 Alcoa Trail_____
　　　　Number　　　　Street

　　　　__Maryville_____　　__TN__　__37804__
　　　　City　　　　　　　State　ZIP Code

Contact phone　(__865__) __380__ - __3000__　　　Email __kyle.wright@vmf.com_____



PO Box 9800
Maryville, TN 37802

500 Alcoa Trail
Maryville, TN 37804

RETURN SERVICE REQUESTED

March 19, 2026

Terry Lee Hathorn
1821 S. Williamsburg Rd
Bassfield, MS 39421-9412

## CERTIFICATE OF SERVICE

     I, Kyle Wright, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

**Terry Lee Hathorn**
1821 S. Williamsburg Rd
Bassfield, MS 39421-9412

**Jennifer A Curry Calvillo**
Attorney for the Debtor
Notified by Electronic Case Filing

**David Rawlings**
Chapter 13 Trustee
Notified by Electronic Case Filing

        /s/ Kyle Wright

**Toll Free: 800.970.7250 ● Phone: 865.380.3000 ● Fax:  865.380.3750 ● www.VMF.com ● NMLS # 1561**

**Office Hours: Monday – Thursday, 8:30 AM to 8:00 PM and Friday, 8:30 AM to 5:30 PM (ET)**

**Annual Escrow Analysis**

TERRY L HATHORN
1821 S WILLIAMSBURG RD

3/11/2026
Print Date: 03/19/2026

BASSFIELD, MS 39421-9412

| | | |
|---|---|---|
| | $448.42 | $448.42 |
| | $177.89 | $171.39 |
| | $4.36 | $.00 |
| | $.00 | $.00 |
| TOTAL MONTHLY PAYMENT | $630.67 | $619.81 |

5/1/2026

THIS IS A PROJECTION REFLECTING PAYMENTS LESS $ 105.14 IN ESCROW SHORTAGE WHILE YOU ARE UNDER BANKRUPTCY PROTECTION.

| Month | Payment | Disbursement | Description | (a) Balance | (b) Balance |
|---|---|---|---|---|---|
| Mar 26 | | | Starting Balance | (a) $92.56 | (b) $.00 |
| Mar 26 | $182.25 | | | $274.81 | $182.25 |
| Apr 26 | $182.25 | | | $457.06 | $364.50 |
| May 26 | $171.39 | | | $628.45 | $535.89 |
| Jun 26 | $171.39 | | | $799.84 | $707.28 |
| Jul 26 | $171.39 | | | $971.23 | $878.67 |
| Aug 26 | $171.39 | | | $1,142.62 | $1,050.06 |
| Sep 26 | $171.39 | | | $1,314.01 | $1,221.45 |
| Oct 26 | $171.39 | | | $1,485.40 | $1,392.84 |
| Nov 26 | $171.39 | | | $1,656.79 | $1,564.23 |
| Dec 26 | $171.39 | | | $1,828.18 | $1,735.62 |
| Jan 27 | $171.39 | $996.76 | COUNTY TAXES | $1,002.81 | $910.25 |
| Feb 27 | $171.39 | $1,060.00 | PHYSICAL DAMAGE INSURANCE | $114.20 | $21.64 |
| Mar 27 | $171.39 | | | $285.59 | $193.03 |
| Apr 27 | $171.39 | | | $456.98 | $364.42 |

$2,421.18     $2,056.76

$92.56
$.00

$92.56

-* The loan is currently undergoing
a bankruptcy treatment and any
arrears owed are factored out of
escrow account.

3/11/2026
Annual Escrow Analysis

| | | | |
|---|---|---|---|
| PROPERTY TAX | 996.76 | 1,021.75 | 24.99- |
| PHYSICAL DAMAGE INSURANCE | 1,060.00 | .00 | 1,060.00 |

May    1 , 2025                    April    30 , 2026

$630.67                    $448.42

$.00                    $182.25

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | | $955.50 | $52.36- |
| Mar 25 | | $189.59 | | | * | $955.50 | $137.23 |
| Mar 25 | | | $1,113.00 | PHYSICAL DAMAGE INSURANCE | * | $157.50- | $137.23 |
| Apr 25 | $189.59 | $189.59 | | | * | $32.09 | $326.82 |
| May 25 | $189.59 | $177.89 | | | * | $221.68 | $504.71 |
| May 25 | $182.25 | | | | * | $403.93 | $504.71 |
| Jun 25 | $182.25 | $177.89 | | | * | $586.18 | $682.60 |
| Jul 25 | | $177.89 | | | * | $586.18 | $860.49 |
| Aug 25 | $182.25 | $177.89 | | | * | $768.43 | $1,038.38 |
| Sep 25 | $182.25 | $177.89 | | | * | $950.68 | $1,216.27 |
| Oct 25 | $182.25 | $177.89 | | | * | $1,132.93 | $1,394.16 |
| Oct 25 | $182.25 | | | | * | $1,315.18 | $1,394.16 |
| Nov 25 | | $177.89 | | | * | $1,315.18 | $1,572.05 |
| Dec 25 | $182.25 | $177.89 | $996.76 | $1,021.75 | COUNTY TAXES | * | $500.67 | $728.19 |
| Jan 26 | $182.25 | $177.89 | | | * | $682.92 | $906.08 |
| Jan 26 | $182.25 | | | | * | $865.17 | $906.08 |
| Feb 26 | | $177.89 | | $1,113.00 | PHYSICAL DAMAGE INSURANCE | * | $865.17 | $29.03- |
| Mar 26 | $182.25 | $177.89 | | | * | $1,047.42 | $148.86 |
| Mar 26 | | | $1,060.00 | PHYSICAL DAMAGE INSURANCE | * | $12.58- | $148.86 |
| Apr 26 | | $177.89 | | | * | $12.58- | $326.75 |

$2,201.68    $2,513.86    $3,169.76    $2,134.75

$2,134.75

$355.79