United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-50734-KMS
Terry Lee Hathorn Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Aug 17, 2026 Form ID: 3180W Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry Lee Hathorn, P O Box 884, Bassfield, MS 39421-0884 |
| 5014303 | + | Car Max, P.O. Box 2174, Milwaukee, WI 53201-2174 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 17 2026 20:07:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS CT, SUITE 210, KENNESAW, GA 30144 |
| 5016138 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 17 2026 20:08:00 | American Honda Finance Corporation, P.O. Box 168088, Irving, TX 75016-8088 |
| 5014302 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 17 2026 20:08:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 5015452 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 17 2026 20:07:00 | CarMax Business Services, LLC, CarMax Auto Finance, Attn: Bankruptcy Department, 225 Chastain Meadows Court Ste 210, Kennesaw GA 30144 |
| 5014305 | | Email/Text: EBN_Brea@meduitrcm.com | Aug 17 2026 20:07:00 | CMRE Financial Service, 3075 E. Imperial Hwy, Ste 200, Brea, CA 92821 |
| 5014304 | + | Email/Text: bankruptcy@axcess-financial.com | Aug 17 2026 20:07:00 | Check N Go, 7755 Montgomery Rd, Ste 400, Cincinnati, OH 45236-4197 |
| 5021839 | | Email/Text: litbkcourtmail@johndeere.com | Aug 17 2026 20:07:00 | Deere & Company d/b/a John Deere Financial, PO Box 6600, Johnston, IA 50131 |
| 5014309 | | Email/Text: litbkcourtmail@johndeere.com | Aug 17 2026 20:07:00 | John Deere Financial, P.O. Box 650215, Dallas, TX 75265 |
| 5014306 | + | EDI: DIRECTV.COM | Aug 18 2026 00:03:00 | DirectTV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 5020672 | + | EDI: AIS.COM | Aug 18 2026 00:03:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5023739 | + | Email/Text: bankruptcycourt@towerloan.com | Aug 17 2026 20:07:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5014307 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 17 2026 20:07:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 5014308 | + | Email/Text: FSBank@franklinservice.com | Aug 17 2026 20:07:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5014310 | | Email/Text: bankruptcynotice@keystonehealthcare.com | Aug 17 2026 20:08:00 | Keystone Medical Servi, P.O. Box 281030, Atlanta, GA 30384-1030 |
| 5014311 | + | Email/Text: EDI@CACIONLINE.NET | Aug 17 2026 20:07:00 | Midwest Recovery, P.O. Box 899, Florissant, MO 63032-0899 |

| | | | | |
|---|---|---|---|---|
| 5015522 | | EDI: AGFINANCE.COM | Aug 18 2026 00:03:00 | ONEMAIN FINANCIAL GROUP, LLC AS SERVICER FOR, ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5014312 | + | EDI: SYNC | Aug 18 2026 00:03:00 | Old Navy, PO Box 965004, Orlando, FL 32896-5004 |
| 5014313 | + | EDI: AGFINANCE.COM | Aug 18 2026 00:03:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5022065 | | EDI: PRA.COM | Aug 18 2026 00:03:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5014314 | + | EDI: PRA.COM | Aug 18 2026 00:03:00 | Portfolio Recovery Ass, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 5028439 | | Email/Text: bankruptcy_department@clacorp.com | Aug 17 2026 20:07:00 | Simple Fast Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place Ste 406, Atlanta GA 30350 |
| 5014315 | + | EDI: SYNC | Aug 18 2026 00:03:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5014316 | | Email/Text: bankruptcycourt@towerloan.com | Aug 17 2026 20:07:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5014317 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 17 2026 20:08:00 | Vanderbilt Mortgage, PO Box 9800, Maryville, TN 37802-9800 |
| 5017124 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 17 2026 20:08:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FIRST TOWER LOAN LLC |
| cr | *+ | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |

| | |
|---|---|
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Terry Lee Hathorn jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor FIRST TOWER LOAN LLC jtucker@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Terry Lee Hathorn trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry Lee Hathorn** | Social Security number or ITIN | **xxx−xx−6230** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21−50734−KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Terry Lee Hathorn**

Dated: 8/17/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**